IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JING LI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV480 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL B. MUKASEY, United States Attorney General, U.S. Department of Justice, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services, GERARD HEINAUER, Director of Nebraska Service Center, U.S. Citizenship and Immigration Services, and ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

The matter before the court is the plaintiff's Notice of Case Dismissal. Filing No. 3. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 7th day of February, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge